**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ESSILOR INTERNATIONAL, ESSILOR
OF AMERICA, INC., SATISHLOH AG,
SATISLOH NORTH AMERICA, INC. and
DAC VISION INC.,

    Plaintiffs,

v.                                    Case No: 8:16-cv-867-T-30AEP

JDP HOLDINGS, LLC, GLADWIN M &
E TECH. CO., LTD. and YANGZHOU
GLADWIN M & E TECH. CO., LTD.,

    Defendants.

---

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #44). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of November, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record